Claudette McGhee, Pro Se
6836 Colbath Avenue
Van Nuys, Calif. 91405

**FILED**
DISTRICT COURT OF GUAM
JUN 27 2006
MARY L.M. MORAN
CLERK OF COURT

## In the District Court of Guam

Claudette McGhee
          vs
Guam Community College

Civil Case # 06-0014

OFF-Island

This is to inform the Court that I will be off-island for Medical Treatment and to Care for my brother who is undergoing Treatment for Cancer.

I will return on December 2, 2006. I may be reached by E-Mail at CmcGhee7@netpa.Com or telephone 818-780-7173, address is listed above.

Thank you for your Consideration.

Claudette McGhee
June 27, 2006