# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Claudette McGhee**,**<br><br>          Plaintiff,<br><br>     vs.<br><br>Herominando Delos Santos, et al**.,**<br><br>          Defendants. | **Case No: 1:06-cv-00014** |

The following entity was served by first class mail on July 17, 2006:

   Claudette McGhee
   6836 Colbath Avenue
   Van Nuys, CA 91405

I, Virginia T. Kilgore, declare under penalty of perjury that on the above-listed date I served the:

Scheduling Notice filed on July 17, 2006

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 18, 2006                                   /s/ Virginia T. Kilgore
                                                                   Deputy Clerk