Claudette McGhee, Pro Se Post Office box 3268
Hagatna, Guam 96932
Telephone (671) 477-9128
E-mail: cmcghee1@netpci.com


**FILED**
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| Claudette McGhee, <br> Plaintiff <br> vs. <br> Herominando delos Santos, et al, <br> Defendant | Civil Case No. 1:06- CV-00014 <br><br> NOTICE OF PROPOSED DISCOVERY PLAN |

ORIGINAL

1. Pursuant to Local Rule 16.1, a proposed scheduling order has been submitted in accordance with Local Rule 16.2 and Rule 26 (f) of the Federal Rules of Civil Procedure and the Local rules.

2. Plaintiff, hereby request that her GCC EEO complaint personnel records, the job descriptions for the positions of Academic Program Specialist and Resident Life Administrator, the GCC Personnel Rules and Regulations, the GCC EEO Procedure Manual and the GCC Board of Trustee Policies and Regulations be transmitted to the District Court of Guam which are deem necessary for this Complaint to be heard as requested by the Court.

3. Additional documents may be submitted as may be presented at the pretrial hearing.

Dated this 4th day of August, 2006

Claudette McGhee, Pro Se

1