

**FILED**
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

Claudette McGhee, )
    Plaintiff )   Civil Case No. 1:06- CV-00014
vs. )
)
Herominando delos Santos, et al, )  PROPOSED SCHEDULING
) ORDER
    Defendant )

Pursuant to Local Rule 16.1, this proposed scheduling order is hereby submitted in accordance with Local Rule 16.2 and Rule 26 (f) of the Federal Rules of Civil Procedure, which requires a Scheduling Order must be submitted to the Court within seventy five (75) days of the date of the filing of the Complaint. A Discrimination Complaint was filed on May 24, 2006 in the District Court of Guam alleging disparate treatment, disparate impact, harassment and retaliation for filing an EEO Discrimination Complaint. This proposed Scheduling Order is timely submitted within seventy five (75) days of the date of the filing of this Complaint.

1. I, Claudette McGhee, a Pro Se litigant in this matter have mailed the Defendant, a copy of the August 4, 2006 Scheduling Notice issued by the Clerk of Court and a copy of the Plaintiff's Complaint filed on May 24, 2006.
2. The proposed Scheduled Order shall be on the 3rd day of December 2006 or as soon thereafter as the Court and the Defendant and his counsel may be heard on an agreed date that comply with the Rules in the appropriate time frame.
3. Pursuant to Local Rule 16.2 -Meeting of Counsel And Preparation Of Proposed Scheduling Order and Discovery Plan and Rule 5 of the Federal Rules of Civil Procedure (b)- Making Service, the Plaintiff will deliver a copy of this proposed schedule order and the proposed Discovery Plan by electronic means and/or will mail a copy to the last known address.
4. Plaintiff will mail Defendant a copy to the last known address being that she is off island due to illness and to care for her Mother who is undergoing cancer treatment.
5. Plaintiff request the Court's permission to cancel the scheduled conference on August 22, 2006 at 10:30 am due to economic hardship of returning to the island and illness.
6. Plaintiff humbly request the Court's permission to provide Plaintiff the opportunity to conduct the conference regarding the pretrial issues, selection of documents, discovery, list of witnesses, exchange of any other relevant evidence, and settlement actions through electronic and postal express mail.

Respectfully Submitted,

*Claudette McGhee*
Claudette McGhee, Pro Se        Dated : 4th day of August 2006

ORIGINAL