**FILED**
DISTRICT COURT OF GUAM

AUG - 7 2006

MARY L.M. MORAN
CLERK OF COURT

**Claudette McGhee, Pro Se** Post Office box 3268
Hagatna, Guam 96932
Telephone (671) 477-9128
E mail: cmcghee1@netpci.com

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| Claudette McGhee, | ) | |
| Plaintiff | ) | Civil Case No. 1:06- CV-00014 |
| vs. | ) | |
| | ) | |
| Herominando delos Santos, et al, | ) | NOTICE OF MOTION AND PROPOSED |
| ) | ) | SCHEDULING ORDER |
| Defendant | ) | |

To:    Herominando delos Santos and his Counsel

PLEASE TAKE NOTICE that on the 3rd day of December, 2006, at the hour of _____ o'clock ___m. or as soon thereafter as Defendant and his counsel may be heard at the District Court of Guam, Hagatna, Guam. Plaintiff will move the Court to hear the Discrimination Complaint filed on May 24, 2006 in Civil Case No. 1:06-CV00014.

This Motion will be based upon this notice, the Plaintiff's complaint, the documents and other papers and records as are on file and those that may be filed resulting from the pretrial conference and such evidence oral or documentary or both as may be presented at the hearing.

Dated this 4th day of August, 2006

Claudette McGhee, Pro Se

3