FILED
DISTRICT COURT OF GUAM
AUG 22 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CLAUDETTE MCGHEE,<br><br>Plaintiff,<br><br>vs.<br><br>HEROMINANDO DELOS SANTOS,<br>JOHN RIDER and GARY HARTZ,<br><br>Defendants. | Civil Case No. 06-00014<br><br><br><br>ORDER |

This case is scheduled to come before the Court on August 22, 2006, for a Scheduling Conference. In anticipation of the scheduling conference, the Clerk's Office issued a Scheduling Notice (Docket No. 3) advising the Plaintiff that a proposed Scheduling Order and a proposed Discovery Plan should be submitted on or before August 7, 2006.

On August 7, 2006, the Plaintiff, who is proceeding *pro se*, filed several pleadings with the Court.[1] Based on a liberal review on these pleadings in conjunction with the Plaintiff's notice that she will be off-island (Docket No. 2), it appears that the Plaintiff is requesting a continuance of the August 22nd Scheduling Conference because she is presently off-island for medical reasons. The Plaintiff contends it would create an economic hardship for her if the Court were to require her to return to Guam for said conference as scheduled. The Plaintiff

---

[1] These pleadings were captioned "Proposed Discovery Plan" (Docket No. 5), "Proposed Scheduling Order" (Docket No. 6), and "Notice of Motion and Proposed Scheduling Order" (Docket No. 7.)

appears to request a continuance to sometime after December 2, 2006. For good cause shown, the Court hereby grants the Plaintiff's request.

Furthermore, there is no indication whether the Plaintiff has effected service of the Complaint and summons upon the Defendants. The Court finds that it would not be productive to hold the Scheduling Conference until the Defendants have been properly served and given an opportunity to answer the Complaint.

Accordingly, the Court hereby moves the Scheduling Conference to Thursday, December 15, 2006, at 10:00 a.m. The Plaintiff and counsel for the Defendants are expected to meet and confer in advance of the Scheduling Conference to discuss the contents and preparation of the proposed Scheduling Order and Discovery Plan, which shall be submitted no later than December 7, 2006.

SO ORDERED this 22nd day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

- 2 -