# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Claudette McGhee,** Plaintiff, vs. **Herominando Delos Santos, et al.,** Defendant. | **Case No: 1:06-cv-00014** |

The following entity was served by first class mail on August 23, 2006:

   Claudette McGhee
   6836 Colbath Avenue
   Van Nuys, CA 91405

I, Virginia T. Kilgore, declare under penalty of perjury that on the above-listed date I served the:

Order filed August 22, 2006

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 24, 2006                /s/ Virginia T. Kilgore
                                                                     Deputy Clerk