**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM

SEP -1 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Claudette McGhee, ) | Civil Case No. 1:06-cv-00014 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **DEFENDANT DELOS SANTOS'** |
| Herominando Delos Santos, et al. ) | ***EX PARTE* APPLICATION FOR** |
| ) | **ORDER TO SHORTEN TIME** |
| Defendants. ) | |

Pursuant to L.R. 7.1(k), Herominando Delos Santos (sic.) ("Dr. delos Santos") very respectfully requests an Order Shortening Time, permitting his Motion to Quash Service of Process or in the Alternative to Extend Time to Respond to Complaint to be heard on or before Tuesday, September 5, 2006. The basis for shortening time is that Dr. delos Santos' response to the Complaint herein is potentially due on Tuesday, September 5, 2006, or on Wednesday, September 6, 2006, and there is not sufficient time to notice a hearing under the normal rules of Court.

Undersigned counsel was unable to establish telephone contact with *pro se* Plaintiff Claudette McGhee ("Ms. McGhee"), who currently resides in California, to ask whether she

would agree to quash the service of process herein. For the reasons stated in the Certificate of Counsel filed contemporaneously herewith, Dr. delos Santos very respectfully requests that this Honorable Court waive any applicable notice requirement.

This Application to Shorten Time is supported by the Certificate of Counsel filed contemporaneously herewith and by the accompanying Motion to Quash Service of Process or in the Alternative to Extend Time to Respond to Complaint and Memorandum of Points and Authorities.

Respectfully submitted this 1st day of September, 2006.

CABOT MANTANONA LLP

By: *David W. Hopkins*
DAVID W. HOPKINS

DWH:km
GCC\EX PARTE APP. TO SHORTEN TIME