CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM

SEP -1 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| Claudette McGhee, | ) Civil Case No. 1:06-cv-00014 |
|---|---|
| Plaintiff, | ) CERTIFICATE OF COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION TO SHORTEN TIME AND MOTION TO QUASH SERVICE OF PROCESS OR ALTERNATIVELY TO ENLARGE TIME TO RESPOND TO COMPLAINT |
| v. | |
| Herominando Delos Santos, et al. | |
| Defendants. | |

I, David W. Hopkins, hereby certify that:

1. I am counsel in the above action for Defendant delos Santos ("Dr. delos Santos").

2. Today, September 1, 2006 (Guam), I attempted to make telephone contact (818-780-7173 and 818-335-9636) with *pro se* Plaintiff Claudette McGhee ("Ms. McGhee"), who, upon information and belief, resides in California, to ask her whether she would stipulate and agree to an order to quash service of process herein.

3. After I was unable to make telephone contact with Ms. McGhee as stated above, I sent an e-mail to her (cmcghee1@netpci.com), a copy of which is attached as

Exhibit "A."

4. Because I have not established contact with Ms. McGhee, I was unable to inform her that I would be filing an *ex parte* application for an order shortening time and an *ex parte* motion to quash service of process or in the alternative for an extension of time to respond to the complaint. I would have told her that I would request that this Honorable Court quash the service of process herein, and alternatively I would seek an extension of time until September 26, 2006, for Dr. delos Santos to respond to the Complaint herein.

5. Similarly, I was unable to determine whether Ms. McGhee would oppose Dr. delos Santos' *ex parte* motion to shorten time or his motion to quash service of process or alternatively for an extension of time to respond to the complaint.

I so certify this 1st day of September, 2006.

CABOT MANTANONA LLP
Attorneys for Dr. delos Santos

By: _____
DAVID W. HOPKINS

DWH:me
GCC\CERTIFICATEOFCOUNSEL

**David Hopkins**

| | |
|---|---|
| **From:** | David Hopkins [dh@cmlaw.us] |
| **Sent:** | Friday, September 01, 2006 12:43 PM |
| **To:** | Claudette McGhee (cmcghee1@netpci.com) |
| **Subject:** | McGhee v. delos Santos, et al., District Court of Guam Civil Case No. 1:06-cv-00014 |
| **Importance:** | High |
| **Sensitivity:** | Private |

Dear Ms. McGhee:

The law firm Cabot Mantanona LLP represents Dr. H. delos Santos regarding the above-referenced civil case. I tried unsuccessfully today to contact you and left messages for you at 818-780-7173 and 818-335-9636. Please contact me as soon as possible regarding an urgent matter relating to the above-referenced civil case. My address, telephone number, and fax number are provided below.

Thank you for your prompt attention to this matter. I look forward to speaking with you as soon as possible.

Sincerely,
David W. Hopkins
Attorney at Law
Cabot Mantanona LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



EXHIBIT "A"