FILED
DISTRICT COURT OF GUAM
SEP -5 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CLAUDETTE MCGHEE,<br><br>    Plaintiff,<br><br>vs.<br><br>HEROMINANDO DELOS SANTOS,<br>JOHN RIDER and GARY HARTZ,<br><br>    Defendants. | Civil Case No. 06-00014<br><br><br><br><br><br>ORDER |

On September 1, 2006, defendant Herominando Delos Santos filed an *Ex Parte* Motion to Quash Service of Process or, in the Alternative, to Enlarge Time to Respond to Complaint (Docket No. 10), and an *Ex Parte* Application for Order to Shorten Time to hear said motion (Docket No. 11). Defendant Delos Santos requested that service of process upon him be quashed since he alleged that said service was not in compliance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 4(a). In the alternative, defendant Delos Santos petitioned that he be given until September 26, 2006, to respond to the Complaint herein.

The Court notes that the Plaintiff herein is proceeding *pro se*. Accordingly, she may not be aware of the various legal requirements associated with properly effecting service upon an opposing party. Additionally, the Plaintiff is presently off-island for medical reasons. This fact may make it difficult for her to timely correct the alleged deficiencies in service. Thus, in order to facilitate the advancement of this case, in lieu of quashing the service the Court hereby GRANTS the Defendant's alternative motion for an extension of time. Accordingly, defendant

Delos Santos shall have until September 26, 2006, to file an answer or other responsive pleading to the Complaint herein.

SO ORDERED this 5th day of September 2006.

*/s/ Joaquin V.E. Manibusan*
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

- 2 -