**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM
SEP 2 6 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Claudette McGhee,<br><br>             Plaintiff,<br><br>v.<br><br>Herominando Delos Santos, et al.<br><br>             Defendants. | Civil Case No. 1:06-cv-00014<br><br>AGREEMENT OF HEARING DATE<br>OR TIME PERIOD |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.  I, DAVID W. HOPKINS, am the attorney for Dr. H. delos Santos in this matter. I contacted the pro se party to agree upon a date for oral argument of my Motions (i) to Limit Appearance; (ii) to Dismiss - (a) Subject Matter Jurisdiction, (b) Personal Jurisdiction, (c) Insufficient Process, (d) Insufficient Service; Alternatively; (iii) to Strike Complaint; (iv) for More Definite Statement.

2.  The pro se party is Ms. Claudette McGhee.

3.  We agreed upon the following date or time period: on or after December 15, 2006.

ORIGINAL

4.     I called the Deputy Clerk of Court to discuss the Court's availability for the above date or time period.

Dated: September 26, 2006.

CABOT MANTANONA LLP

By: *[signature]*
DAVID W. HOPKINS, ESQ.
Attorney for Defendant, Dr. H. delos Santos
