**CABOT**
**MANTANONA LLP**
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
SEP 27 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Claudette McGhee, ) | Civil Case No. 1:06-cv-00014 |
| )  Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| Herominando Delos Santos, et al. ) | |
| )  Defendants. ) | |

I, DAVID W. HOPKINS, hereby certify that copies of the following:

1. Defendant delos Santos' Motions: (I) to Limit Appearance; (II) to Dismiss - (a) Subject Matter Jurisdiction, (b) Personal Jurisdiction, (c) Insufficient Process, (d) Insufficient Service; Alternatively: (III) to Strike Complaint; (IV) for More Definite Statement; and

2. Agreement of Hearing Date or Time Period

were served by first-class mail, certified, return receipt requested, to the following person on September 26, 2006:

> Claudette McGhee
> 6836 Colbath Avenue
> Van Nuys, California 91405

DATED this September 27, 2006.

_____
DAVID W. HOPKINS

DWH:km
GCC - McGhee\CERTIFICATE OF SERVICE