GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Claudette McGhee,<br><br>Plaintiff,<br><br>vs.<br><br>Herominando Delos Santos, et al.,<br><br>Defendants. | Case No. 1:06-cv-00014 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

**Order re Motion to Limit Appearance; Motion to Dismiss for Lack of Jurisdiction; Motion to Dismiss for Lack of Prosecution; Alternatively, Motion to Strike; filed October 25, 2006**
**Date of Entry: October 26, 2006**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** October 26, 2006                              Clerk of Court
                                                        **/s/ Mary L.M. Moran**