# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Claudette McGhee,**<br><br>Plaintiff,<br><br>vs.<br><br>**Herominando Delos Santos, et al.,**<br><br>Defendants. | **Case No: 1:06-cv-00014** |

The following individual was served by first class mail on October 27, 2006:

Claudette McGhee
6836 Colbath Avenue
Van Nuys, CA 91405

I, Virginia T. Kilgore, declare under penalty of perjury that on the above-listed date I served the:

*Order filed October 25, 2006 and Notice of Entry of Order filed October 26, 2006*

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 30, 2006                             /s/ Virginia T. Kilgore
                                                                    Deputy Clerk