# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| CLAUDETTE MCGHEE, <br><br> Plaintiff, <br><br> vs. <br><br> HEROMINANDO DELOS SANTOS, JOHN RIDER and GARY HARTZ, <br><br> Defendants. | Civil Case No. 06-00014 <br><br><br> ORDER |

Due to the scheduling needs of the Court, the Scheduling Conference presently calendared for December 15, 2006, is hereby moved to **Thursday, December 14, 2006, at 10:00 a.m.**

SO ORDERED this 30th day of November 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**