**CABOT**
**MANTANONA** LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM

DEC -7 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Claudette McGhee, ) | Civil Case No. 1:06-cv-00014 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION** |
| ) | |
| Herominando Delos Santos, et al. ) | |
| ) | |
| Defendants. ) | |

COME NOW Plaintiff McGhee and Defendant delos Santos, without waiving Dr. delos Santos' jurisdictional defenses, and hereby stipulate and request that this Honorable Court issue an ORDER as follows:

1. Dr. delos Santos is permitted to enter a limited appearance at the next hearing before the District Court of Guam for purposes of preserving his jurisdictional defenses, without submitting to the *in personam* jurisdiction of the District Court of Guam;

2. The next hearing before the District Court of Guam shall be a Status Conference instead of a Scheduling Conference; and

**ORIGINAL**

**McGhee v. delos Santos**
Civil Case No. 1:06-cv-00014
**STIPULATION**

3. All applicable procedural requirements and all existing orders of the District Court of Guam not inconsistent with the Order approved pursuant to this stipulation, including without limitation the order filed herein of October 25, 2006, shall remain in full force and effect.

SO STIPULATED:

CABOT MANTANONA LLP

By: *[signature]*
DAVID W. HOPKINS, ESQ.
Dated: 12/7/06

By: *[signature]*
CLAUDETTE McGHEE, Pro Se
Plaintiff
Dated: 12-7-2006

-2-