**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES - GENERAL**



**FILED**
DISTRICT COURT OF GUAM

DEC 15 2006

MARY L.M. MORAN
CLERK OF COURT

**CASE NO.** CV-06-00014              **DATE:** December 14, 2006

**CAPTION:** <u>CLAUDETTE MCGHEE</u>  -vs-  <u>HEROMINANDO DELOS SANTOS, et al.</u>

*************************************************************************************************

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Courtroom Recorder & Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Pereda
Hearing Electronically Recorded: 10:09:40 - 10:44:02

Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore

****************************** A P P E A R A N C E S ******************************

**COUNSEL FOR PLAINTIFF(s):**

Claudette McGhee - Pro Se

**COUNSEL FOR DEFENDANT(s):**

David Hopkins - Herominando Delos Santos

*************************************************************************************************

**PROCEEDINGS:**              **STATUS HEARING**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  ___ Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>Defense argued that plaintiff has failed to properly effectuate service on the defendants and that good cause has not been shown. He moved to dismiss the case without prejudice. The Court advised counsel that his motion to dismiss must be made before the district judge.</u>

<u>The Court granted plaintiff additional time to effectuate service on defendants. Plaintiff agreed to receive service of documents via email. The Court instructed plaintiff to serve any motions to defense counsel's office.</u>