CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM

DEC 1 9 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Claudette McGhee, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Herominando Delos Santos, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Case No. 1:06-cv-00014 <br><br> **CERTIFICATE OF SERVICE** |

I, DAVID W. HOPKINS, hereby certify that on December 18, 2006 a copy of the Response to Reply to Order Issued on October 25, 2006 was served via email to Claudette McGhee (cmcghee1@netpci.com).

DATED this 19th day of December, 2006.

_____
DAVID W. HOPKINS

DWH:km
G:\Kasteen\GCC - McGhee\CERTIFICATE OF SERVICE (12-19-06).wpd

**ORIGINAL**