


FILED
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO.** CV-06-00014  **DATE:** December 14, 2006

**CAPTION:** <u>CLAUDETTE MCGHEE</u> -vs- <u>HEROMINANDO DELOS SANTOS, et al.</u>

***

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Courtroom Recorder & Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Pereda
Hearing Electronically Recorded: 10:09:40 - 10:44:02

**Law Clerk:** None Present
**Courtroom Deputy:** Virginia T. Kilgore

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**
Claudette McGhee - Pro Se

**COUNSEL FOR DEFENDANT(s):**
David Hopkins - Herominando Delos Santos

***

**PROCEEDINGS:**   **STATUS HEARING HELD**

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT

( ) MOTION(s)  ____Granted  ____Denied  ____Settled  ____Withdrawn  ____ Under Advisement

( ) ORDER SUBMITTED  ____Approved  ____Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**