**CABOT**
**MANTANONA** LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM

DEC 22 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| Claudette McGhee, | ) | Civil Case No. 1:06-cv-00014 |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | **STIPULATION TO ENLARGE TIME** |
| Herominando Delos Santos, et al. | ) ) ) | |
| Defendants. | ) ) | |

COME NOW Plaintiff McGhee and Defendant delos Santos, without waiving Dr. delos Santos' jurisdictional defenses, and hereby stipulate and request that this Honorable Court issue an ORDER as follows:

1. Dr. delos Santos is permitted to enter a limited appearance for purposes of preserving his jurisdictional defenses, without submitting to the *in personam* jurisdiction of the District Court of Guam;

2. Because Mr. Hopkins will be off-island, if this Honorable Court does not dismiss this matter without prejudice pursuant to Dr. delos Santos motion, the order filed herein of October 25, 2006, and Fed.R. Civ.P. 4(m), then the time for any defendant to answer or to otherwise

McGhee v. delos Santos
Civil Case No. 1:06-cv-00014
STIPULATION TO ENLARGE TIME

respond to any pleading filed herein is enlarged such that any deadline on or before January 28, 2007, shall instead be January 29, 2007; and

3. All applicable procedural requirements and all existing orders of the District Court of Guam not inconsistent with the Order approved pursuant to this stipulation, including without limitation the order filed herein of October 25, 2006, shall remain in full force and effect.

SO STIPULATED:

CABOT MANTANONA LLP

By: _____
DAVID W. HOPKINS, ESQ.

Dated: 12/22/06

By: _____
CLAUDETTE McGHEE, Pro Se
Plaintiff

Dated: December 22, 2006

-2-