# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Claudette McGhee<br><br>Plaintiff,<br><br>vs.<br><br>Herominando Delos Santos, et al.<br><br>Defendants. | Civil Case No. 1:06-cv-00014<br><br><br><br>**J U D G M E N T** |

**Judgment is hereby entered in accordance with the Order filed December 22, 2006.**

Dated this 26th day of December, 2006, Hagatna, Guam.

                                                **/s/ Mary L.M. Moran**
                                                    Clerk of Court