# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

Claudette McGhee,

        Plaintiff,

vs.

    Case No. 1:06-cv-00014

Herominando Delos Santos, et al.,

        Defendant.

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

**Order re Motion to Dismiss filed December 22, 2006**
**Date of Entry: December 26, 2006**

**Judgment filed December 26, 2006**
**Date of Entry: December 26, 2006**

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** December 26, 2006

        Clerk of Court
        **/s/ Mary L.M. Moran**